UNITED MOBILE HOMES, INC. v. JOE J. MAYES v.
TOWNSHIP COMMITTEE OF THE TOWNSHIP
OF JACKSON.

November 12, 1984.

Petition for certification denied.

GERALD DUNLEAVY v. STATE OF NEW JERSEY,
DEPARTMENT OF TRANSPORTATION.

November 12, 1984.

Petition for certification denied.

IN THE MATTER OF THE SUSPENSION OR REVOCATION OF THE
LICENSE OF ROGER A. GRECO, M.D. TO PRACTICE MEDI-
CINE AND SURGERY IN THE STATE OF NEW JERSEY.

November 12, 1984.

Petition for certification denied.

EDWARD M. SCHMIDT v. ROBERT LAIB AND BOARD OF EDU-
CATION OF THE BOROUGH OF NEW PROVIDENCE,
UNION COUNTY.

November 12, 1984.

Petition for certification denied.